J-S78021-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ALEC DEVON KREIDER | |
| Appellant | No. 1270 MDA 2014 |

Appeal from the PCRA Order July 11, 2014
In the Court of Common Pleas of Lancaster County
Criminal Division at No(s): CP-36-CR-0003446-2007

BEFORE:  GANTMAN, P.J., JENKINS, J., and MUSMANNO, J.

JUDGMENT ORDER BY JENKINS, J.:                    **FILED APRIL 20, 2016**

In this appeal under the Post Conviction Relief Act ("PCRA"), 42 Pa.C.S. §§ 9541–46, Alec Kreider argues that ***Miller v. Alabama***, -- U.S. --, 132 S.Ct. 2455 (2012) (mandatory life-without-parole sentences for juveniles violate the Eighth Amendment), applies retroactively to his mandatory life sentence for first degree murder.  In accordance with our Supreme Court's directive, we remand this case to the court of common pleas for further proceedings.

A brief procedural history will suffice.  On June 25, 2012, the United States Supreme Court held in ***Miller*** that "mandatory life without parole for those under the age of 18 at the time of their crimes violates the Eighth Amendment's prohibition on cruel and unusual punishments." ***Id***., 132 S.Ct. at 2460.  On August 1, 2012, Kreider filed a PCRA petition (his fourth) in

1

which he requested relief based on **Miller**.  On July 11, 2014, the PCRA court denied Kreider's petition.  On December 18, 2014, we affirmed on the ground that **Miller** does not apply retroactively to Kreider's case.

On January 25, 2016, however, the United States Supreme Court held in **Montgomery v. Louisiana**, -- U.S. --, 136 S. Ct. 718 (2016), that **Miller** applies retroactively.  On February 24, 2016, our Supreme Court remanded the present appeal for further proceedings consistent with **Montgomery**. **See Commonwealth v. Kreider**, No. 39 MAL 2015 (Pa., 2/24/16).

In accordance with our Supreme Court's order, we remand to the PCRA court for further proceedings consistent with **Montgomery**.

Case remanded with instructions. Jurisdiction relinquished.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>4/20/2016</u>